1  Mei Tsang (California State Bar No. 237959)
   mtsang@fishiplaw.com
2  Ryan Dean (California State Bar No. 259320)
   rdean@fishiplaw.com
3  Rosie Kim (California State Bar No. 280256)
   rkim@fishiplaw.com
4  Fish & Tsang, LLP
   2603 Main Street,. Suite 1000
5  Irvine, California 92614-4271
   Telephone:  949-943-8300
6  Facsimile:  949-943-8358

7  Attorneys for Plaintiff
   The Sherrieblossom Company, LLC
8

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12  THE SHERRIEBLOSSOM              Civil Action No.
    COMPANY, LLC, a California
13  Corporation,                   **COMPLAINT FOR PATENT
                                    INFRINGEMENT, WILLFUL
14        Plaintiff,                INFRINGEMENT**

15            v.

16  COSMOCUBE, also known as
    MYCOSMOCUBE, a business entity
17  of unknown type, and DOES 1     **DEMAND FOR JURY TRIAL**
    THROUGH 10, Inclusive,
18
          Defendants.
19

20

21             **INTRODUCTION**

22        1.      This is an action by Plaintiff, The Sherrieblossom Company, LLC

23  (hereinafter "Sherrieblossom") against Defendant, Cosmocube, also known as

24  MyCosmoCube (hereinafter "Cosmocube"), and Does 1 through 10.

25             **PARTIES**

26        2.      Sherrieblossom is a California corporation and is in the business of

27  manufacturing and selling various products, including high-end acrylic makeup

28  organizers sold under the trademark ICEBOX®.

3.     On information and belief, Cosmocube is a company with a place of business at 13701 Riverside Drive, #410, Sherman Oaks, California 91423 and is in the business of making, offering for sale, distributing and/or selling makeup organizers, including, but not limited to the "Original Cosmocube" and "Cosmocube Luxury Edition" (the "Accused Products").  A true and correct image of the Accused Products is attached hereto as **Exhibit A**.

4.     The true names and capacities, whether individual, corporate, associate or otherwise, of defendants Does 1 through 10, inclusive, are unknown to Sherrieblossom, which therefore sues said defendants by such fictitious names. Sherrieblossom will seek leave of this Court to amend this Complaint to include their proper names and capacities when they have been ascertained. Sherrieblossom is informed and believes, and based thereon alleges, that each of the fictitiously named defendants participated in and are in some manner responsible for the acts described in this Complaint and the damage resulting therefrom.

5.     Sherrieblossom alleges on information and belief that each of the defendants named herein as Does 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged herein below, and are liable to Sherrieblossom for the damages and relief sought herein.

6.     Sherrieblossom alleges on information and belief that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the Defendants was the agent and employee of each of the other defendants and was at all times acting within the course and scope of such agency and employment with the knowledge and approval of each of the other Defendants.

/ / /

/ / /

/ / /

COMPLAINT FOR PATENT INFRINGEMENT, WILLFUL INFRINGEMENT

**JURISDICTION AND VENUE**

7.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1338 (a) (action arising under an Act of Congress relating to patents) and 28 U.S.C. § 1331 (federal question).

8.     On information and belief, this Court has personal jurisdiction over Cosmocube because Cosmocube has a place of business is in this judicial district; Cosmocube conducts business in this judicial district and in the State of California; and Cosmocube has and continues to commit acts of patent infringement in this judicial district (and elsewhere in California and in the United States).

9.     Venue is proper in this District pursuant to 28 U.S.C. §§1391(b), and 1400(b) because Cosmocube is subject to personal jurisdiction in this judicial district; has regularly conducted business in this judicial district; and certain of the acts complained of herein occurred in this judicial district.

**THE PATENT-IN-SUIT**

10.    Sherrieblossom is the owner of all right, title and interest in and to U.S. Design Patent Nos. D702,061 (hereinafter the '061 Patent) and D702,062 (hereinafter the '062 Patent), (collectively "The Patents-in-Suit"), each of which was duly and legally issued on April 8, 2014. True and correct copies of the '061 and '062 Patents are attached hereto as **Exhibits B** and **C**, respectively.

11.    The Patents-in-Suit each claim various designs of clear make-up organizers having flip-top lids and a plurality of drawers.

**FIRST CLAIM FOR RELIEF**

**PATENT INFRINGEMENT**

12.    Sherrieblossom repeats and re-alleges the allegations of paragraphs 1 through 11 as fully set forth herein.

13.    The Patents-in-Suit are valid and enforceable.

14.    On information and belief, in violation of *35 U.S.C. §271*, each of the Defendants has infringed, is currently infringing, and will continue to infringe,

1    either directly or by infringement under the doctrine of equivalents, the Patents-in-

2    Suit, by making, using, offering for sale, selling and/or importing into the United

3    States devices, and specifically, at least the Accused Products, which incorporates

4    and infringes the subject matter protected by the claims of the Patents-in-Suit.

5        15.    Unless each of the Defendants is enjoined by this Court from

6    continuing their infringement of the Patents-in-Suit, Plaintiff will suffer additional

7    irreparable harm and impairment of the value of its patent rights.  Thus, Plaintiff is

8    entitled to an injunction against further infringement.

9        16.    On information and belief, Cosmocube has had actual notice of the

10   existence of the Patents-in-Suit at least as early as May 30, 2014, and has had

11   constructive notice of the existence of the Patents-in-Suit at least as of their date of

12   issuance, April 8, 2014.

13       17.    On information and belief, Cosmocube's infringement has occurred

14   with knowledge of the Patents-in-Suit and is and has been in deliberate and willful

15   in violation of 35 U.S.C. § 284, entitling Plaintiff to increased damages, and

16   making this case exceptional within the meaning of 35 U.S.C. § 285.

17       18.    Plaintiff does not yet have sufficient knowledge or information to

18   determine whether infringement by the DOE Defendants is willful, but will seek

19   leave of Court to amend this Complaint to so allege if and when it obtains such

20   knowledge and information.

21                          **PRAYER FOR RELIEF**

22       19.    WHEREFORE, Sherrieblossom, for the '061 Patent and the '062

23   Patent, prays for judgment and relief as follows:

24           A)    Judgment that each of the Patents-in-Suit is valid and

25   enforceable;

26           B)    Judgment that each of the Defendants infringes the Patents-in-

27   Suit and that each of the Defendants' infringement is, and has been, deliberate and

28   willful;

C)   Judgment that each of the Defendants, their directors, officers, employees, attorneys, and agents, and all those persons acting in active concert or in participation with them, and their successors and assigns, be enjoined from further acts that infringe, contributorily infringe or induce infringement of the Patents-in-Suit pursuant to 35 U.S.C. § 283;

D)   Judgment that each of the Defendants individually and collectively be ordered to pay damages adequate to compensate Sherrriblossom for that Defendants' infringement of the  Patents-in-Suit pursuant to 35 U.S.C. § 284, together with interest, including pre-judgment interest from the date infringement of the Patents-in-Suit began;

E)   Judgment that the Defendants individually and collectively be ordered to pay all costs and expenses incurred by Sherrieblossom associated with this action pursuant to 35 U.S.C. § 284;

F)   Judgment that the Defendants individually and collectively be ordered to pay treble damages pursuant to 35 U.S.C. § 284 as a result of the willful and deliberate nature of their conduct;

G)   Judgment that this case is exceptional, and that the Defendants individually and collectively be ordered to pay all of Sherrieblossom's attorney fees associated with this action pursuant to 35 U.S.C. § 285; and

H)   Judgment that Sherrieblossom be granted such other and additional relief as this Court may deem just and proper.

Respectfully submitted,

FISH & TSANG, LLP

Dated: July 10, 2014          By: _____

Mei Tsang, Esq.
Attorneys for Plaintiff
The Sherrieblossom Company, LLC

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1 of the Local Rules of the United States District Court for the Central District of California, Plaintiff hereby demands a jury trial in this action.

Respectfully submitted,

FISH & TSANG, LLP

Dated: July 10, 2014                    By: _____

Mei Tsang, Esq.
Attorneys for Plaintiff
The Sherrieblossom Company, LLC

COMPLAINT FOR PATENT INFRINGEMENT, WILLFUL INFRINGEMENT

# EXHIBIT A



THE BEAUTY ESSENTIAL

HOME    ABOUT    BLOG    SHOP    CONTACT

TESTIMONIALS | FAQ

SHOPPING BAG
$0.00        / 0 item(s)

Home / Shop / Original CosmoCube®









 

## Original CosmoCube®

# $225.00

Premium high quality acrylic makeup organizer. The quality will leave you loving your cosmetics box. Because of the crystal clear dynamic of the box it makes all your cosmetics easy to find.
– Size 16"L x 12"W x 12"H

**Three Special CosmoCube Dividers Included**

CosmoCube includes three (3) interchangeable dividers that will fit in any of the CosmoCube drawers. The first is a 9 section divider perfect for lipsticks and lipgloss. The next is a 3 section divider made especially to accommodate 10 large foundation bottles or anything of the sort.  The third divider is our special criss cross, 4 section divider for eye shadow pallets, bronzer/blush pallets as well as any and all eye makeup.

 1 

SKU:

55456

.

Tags: cosmetics, cosmo cube, CosmoCube, hot, make up, Makeup, Makeup organizer, new.

---

**ADDITIONAL INFORMATION**        **REVIEWS (0)**

| Weight | 18.00 lbs |
| --- | --- |
| Dimensions | 16 x 12 x 12 in |

**Related Products**



**COSMOCUBE POSH BLING**

$199.00

ADD TO CART



**COSMOCUBE POSH**

$180.00

ADD TO CART



**COSMOCUBE BRUSH HOLDER**
$35.00

ADD TO CART



**COSMOCUBE LIPSTICK ORGANIZER**
$35.00

ADD TO CART



**COSMOCUBE LUXURY BLING EDITION**
$305.00

ADD TO CART



Original CosmoCube® | CosmoCube

http://mycosmocube.com/shop/test/

**COSMOCUBE LUXURY EDITION**
$275.00

ADD TO CART



**HOTCUBE® WITH BLING**
$89.00

ADD TO CART



**HOTCUBE®**
$69.00

SELECT OPTIONS



**ORIGINAL COMSOCUBE® WITH BLING**
$255.00

ADD TO CART



## ARCHIVES

May 2014

February 2014

October 2013

September 2013

June 2013

May 2013

EXHIBIT A
Page 11 of 14

6/13/2014 2:16 PM

Case 8:14-cv-01064   Document 1   Filed 07/10/14   Page 12 of 42   Page ID #:12

META

Log in

© COPYRIGHT 2014 MY COSMO CUBE. ALL RIGHTS RESERVED.
SITE BY:

EXHIBIT A
Page 12 of 14

# CosmoCube

**THE BEAUTY ESSENTIAL**

HOME   ABOUT   BLOG   SHOP   CONTACT

TESTIMONIALS | FAQ

SHOPPING BAG
$0.00   / 0 item(s)

Home / Shop

## SHOP

*Showing all 10 results*

SORT BY POPULARITY



**ORIGINAL COSMOCUBE®**
$225.00

ADD TO CART



**ORIGINAL COMSOCUBE® WITH BLING**
$255.00

ADD TO CART



**HOTCUBE®**
$69.00

SELECT OPTIONS



**COSMOCUBE LUXURY BLING EDITION**
$305.00

ADD TO CART



**COSMOCUBE LUXURY EDITION**
$275.00

ADD TO CART



**COSMOCUBE LIPSTICK ORGANIZER**
$35.00

ADD TO CART



**HOTCUBE® WITH BLING**
$89.00

ADD TO CART



**COSMOCUBE BRUSH HOLDER**
$35.00

ADD TO CART



**COSMOCUBE POSH BLING**
$199.00



**COSMOCUBE POSH**
$180.00

ADD TO CART

EXHIBIT A
Page 13 of 14

**ADD TO CART**



## ARCHIVES

May 2014

February 2014

October 2013

September 2013

June 2013

May 2013

## META

Log in

© COPYRIGHT 2014 MY COSMO CUBE. ALL RIGHTS RESERVED.
SITE BY:

EXHIBIT A
Page 14 of 14

6/13/2014 2:17 PM

# EXHIBIT B



US00D702061S

(12) **United States Design Patent**
Sengsavang

(10) Patent No.:     **US D702,061 S**
(45) Date of Patent:     **    Apr. 8, 2014**

(54) **MAKE-UP ORGANIZING WIDE BOX**

(75) Inventor:   **Sherrie Sengsavang**, Tustin, CA (US)

(73) Assignee:   **The Sherrieblossom Company LLC,** Tustin, CA (US)

(**) Term:   **14 Years**

(21) Appl. No.: 29/430,722

(22) Filed:   **Aug. 29, 2012**

(51) LOC (10) Cl.   .................................................   06-04
(52) U.S. Cl.
      USPC   ...........................................................   D6/667
(58) Field of Classification Search
      USPC   .......   D6/659, 660, 661, 663, 667, 671, 671.1,
                      D6/671.2, 671.3, 671.4, 668.2, 705, 705.5;
                      312/107, 111, 114, 117, 118, 204,
                      312/257.1, 330.1; D3/297; D34/19, 21;
                      206/503
      See application file for complete search history.

(56)                **References Cited**

            U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,004,900 | A | * | 6/1935 | Nock | 312/107 |
| D102,424 | S | * | 12/1936 | Gardiner | D6/671.1 |
| D128,006 | S | * | 7/1941 | Saltman | D6/671.1 |
| 2,599,240 | A | * | 6/1952 | Ellerson | 312/330.1 |

                    (Continued)

*Primary Examiner* — Mimosa De
(74) *Attorney, Agent, or Firm* — Kirk A. Buhler; Buhler & Associates

(57)                **CLAIM**

The ornamental design for a make-up organizing wide box, as shown and described.

            **DESCRIPTION**

FIG. 1 is a front isometric view of a first embodiment for a make-up organizing wide box with five drawers showing my new design;

FIG. 2 is a top side view thereof;
FIG. 3 is a bottom side view thereof;
FIG. 4 is a front side view of a second embodiment with 10 drawers thereof;
FIG. 5 is a right side view with 10 drawers, the left side view being a mirror image thereof;
FIG. 6 is a front side view of a third embodiment with 9 drawers thereof;
FIG. 7 is a right side view with 9 drawers, the left side view being a mirror image thereof;
FIG. 8 is a front side view of a fourth embodiment with 8 drawers thereof;
FIG. 9 is a right side view with 8 drawers thereof;
FIG. 10 is a front side view of a fifth embodiment with 7 drawers thereof;
FIG. 11 is a right side view with 7 drawers, the left side view being a mirror image thereof;
FIG. 12 is a front side view of a sixth embodiment with 6 drawers thereof;
FIG. 13 is a right side view with 6 drawers, the left side view being a mirror image thereof;
FIG. 14 is a front side view of a seventh embodiment with 5 drawers thereof;
FIG. 15 is a right side view with 5 drawers, the left side view being a mirror image thereof;
FIG. 16 is a front side view of an eigth embodiment with 4 drawers thereof;
FIG. 17 is a right side view with 4 drawers, the left side view being a mirror image thereof;
FIG. 18 is a front side view of a ninth embodiment with 3 drawers thereof;
FIG. 19 is a right side view with 3 drawers, the left side view being a mirror image thereof;
FIG. 20 is a back view thereof; and,
FIG. 21 is a front isometric view shown with a drawer and the lid slightly opened.
The broken away symbol in the drawing indicates the appearance of any portion of the article between the break lines forms no part of the claimed design.

            **1 Claim, 11 Drawing Sheets**





## US D702,061 S

Page 2

(56)            **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,704,699 A | | 3/1955 | Evans |
| D195,518 S | * | 6/1963 | Bullock et al. ............... D6/671.1 |
| 3,272,581 A | | 9/1966 | Stucki |
| 3,316,045 A | | 4/1967 | Leland |
| 3,316,046 A | * | 4/1967 | Stephens et al. ......... 312/257.1 |
| 3,642,337 A | * | 2/1972 | Manheim ...................... 312/111 |
| D241,293 S | * | 9/1976 | Introini ...................... D6/671.1 |
| 4,155,611 A | | 5/1979 | Brekke et al. |
| D254,883 S | * | 5/1980 | Jorda-Segui .................. D6/671 |
| D286,714 S | * | 11/1986 | Verholt ...................... D6/671.1 |
| D296,166 S | * | 6/1988 | Hills ......................... D6/671.1 |
| D296,505 S | * | 7/1988 | Kaliski et al. ............... D6/671.1 |
| D341,737 S | * | 11/1993 | Shepherd .................. D6/705.5 |
| D365,224 S | * | 12/1995 | Pohlman ................... D6/671.1 |
| D370,572 S | * | 6/1996 | Lin ........................... D6/671.1 |
| D373,221 S | | 8/1996 | Lai |
| 5,603,559 A | | 2/1997 | Yemini |
| D387,224 S | * | 12/1997 | Dunlap, Jr. ................ D6/671.1 |
| D396,578 S | * | 8/1998 | Zaidman .................... D6/671.1 |
| 5,829,767 A | * | 11/1998 | Grossman .................. 312/330.1 |
| D410,351 S | * | 6/1999 | Magnusson et al. ......... D6/671.1 |

| | | | |
|---|---|---|---|
| D418,959 S | * | 1/2000 | Tisbo et al. ................... D34/21 |
| D424,833 S | * | 5/2000 | Zaidman ..................... D6/671.1 |
| D438,047 S | * | 2/2001 | Chavez ...................... D6/671.1 |
| D440,426 S | * | 4/2001 | Morrow ..................... D6/668.2 |
| D443,137 S | | 6/2001 | Lai |
| D443,439 S | * | 6/2001 | de Blois ..................... D6/671.1 |
| D445,595 S | * | 7/2001 | Roupe ........................ D6/671.1 |
| D473,401 S | * | 4/2003 | de Blois ..................... D6/671.1 |
| D508,348 S | * | 8/2005 | Moon et al. ................. D6/671.1 |
| D514,846 S | * | 2/2006 | McDiarmid ................. D6/671.1 |
| D537,651 S | * | 3/2007 | Seo et al. .................... D6/671.1 |
| D546,582 S | * | 7/2007 | Moloney ........................ D6/671 |
| D555,394 S | * | 11/2007 | Sexton ....................... D6/671.1 |
| D563,104 S | | 3/2008 | Wenck |
| 7,882,796 B2 | * | 2/2011 | Radow ......................... 206/503 |
| D643,216 S | | 8/2011 | Greiner |
| D648,958 S | * | 11/2011 | Sexton ....................... D6/671.1 |
| D654,722 S | * | 2/2012 | Sexton ....................... D6/671.1 |
| D665,596 S | * | 8/2012 | Shawcross et al. ........... D6/630 |
| D667,234 S | * | 9/2012 | Maroney et al. .............. D6/667 |
| D671,318 S | * | 11/2012 | Schmidt et al. ................ D3/297 |
| 2005/0168115 A1 | * | 8/2005 | Moon et al. ............. 312/257.1 |
| 2010/0244644 A1 | * | 9/2010 | Slayton et al. ........... 312/330.1 |

* cited by examiner



**FIG. 1**



FIG. 2

FIG. 3

U.S. Patent          Apr. 8, 2014          Sheet 3 of 11          US D702,061 S



FIG. 4



FIG. 5

U.S. Patent          Apr. 8, 2014          Sheet 4 of 11          US D702,061 S



FIG. 6



FIG. 7

U.S. Patent          Apr. 8, 2014          Sheet 5 of 11          US D702,061 S



FIG. 8



FIG. 9



**FIG. 10**



**FIG. 11**

**U.S. Patent**          Apr. 8, 2014          Sheet 7 of 11          US D702,061 S



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



**FIG. 18**



**FIG. 19**

EXHIBIT B
Page 27 of 28



**FIG. 20**



**FIG. 21**

# EXHIBIT C

EXHIBIT C
Page 29 of 42

US00D702062S

(12) **United States Design Patent**

Sengsavang

(10) Patent No.: **US D702,062 S**

(45) Date of Patent: \*\* **Apr. 8, 2014**

(54) **MAKE-UP ORGANIZING WIDE BOX**

(75) Inventor: **Sherrie Sengsavang**, Tustin, CA (US)

(73) Assignee: **The SherrieBlossom Company LLC,** Tustin, CA (US)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/430,725**

(22) Filed: **Aug. 29, 2012**

(51) LOC (10) Cl. ................................................. 06-04

(52) **U.S. Cl.**
USPC ................................................. **D6/667**

(58) **Field of Classification Search**
USPC ....... D6/659, 660, 661, 663, 667, 668.2, 671,
D6/671.1, 671.2, 671.3, 671.4, 705, 705.5;
312/107, 111, 114, 117, 118, 204,
312/257.1, 330.1; D3/297; D34/19, 21;
206/503
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,004,900 A | * | 6/1935 | Nock | 312/107 |
| D102,424 S | * | 12/1936 | Gardiner | D6/671.1 |
| 2,599,240 A | * | 6/1952 | Ellerson | 312/330.1 |
| 2,704,699 A | | 3/1955 | Evans | |

(Continued)

*Primary Examiner* — Mimosa De

(74) *Attorney, Agent, or Firm* — Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design for a make-up organizing wide box, as shown and described.

**DESCRIPTION**

FIG. 1 is a front isometric view of a first embodiment for a make-up organizing skinny box with five drawers showing my new design;

FIG. 2 is a top side view thereof;
FIG. 3 is a bottom side view thereof;
FIG. 4 is a front side view of a second embodiment with 10 drawers thereof;
FIG. 5 is a right side view with 10 drawers, the left side view being a mirror image thereof;
FIG. 6 is a front side view of a third embodiment with 9 drawers thereof;
FIG. 7 is a right side view with 9 drawers, the left side view being a mirror image thereof;
FIG. 8 is a front side view of a fourth embodiment with 8 drawers thereof;
FIG. 9 is a right side view with 8 drawers, the left side view being a mirror image thereof;
FIG. 10 is a front side view of a fifth embodiment with 7 drawers thereof;
FIG. 11 is a right side view with 7 drawers, the left side view being a mirror image thereof;
FIG. 12 is a front side view of a sixth embodiment with 6 drawers thereof;
FIG. 13 is a right side view with 6 drawers, the left side view being a mirror image thereof;
FIG. 14 is a front side view of a seventh embodiment with 5 drawers thereof;
FIG. 15 is a right side view with 5 drawers, the left side view being a mirror image thereof;
FIG. 16 is a front side view of an eight embodiment with 4 drawers thereof;
FIG. 17 is a right side view with 4 drawers, the left side view being a mirror image thereof;
FIG. 18 is a front side view of a ninth embodiment with 3 drawers thereof;
FIG. 19 is a right side view with 3 drawers, the left side view being a mirror image thereof;
FIG. 20 is a back view thereof; and,
FIG. 21 is a front isometric view shown with a drawer and the lid slightly opened.
The broken away symbol in the drawing indicates the appearance of any portion of the article between the break lines forms no part of the claimed design.

**1 Claim, 11 Drawing Sheets**



EXHIBIT C
Page 30 of 42

## US D702,062 S

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D180,171 S | * | 4/1957 | Band ............................. D6/671 |
| 3,272,581 A | | 9/1966 | Stucki |
| 3,316,045 A | | 4/1967 | Leland |
| 3,316,046 A | * | 4/1967 | Stephens et al. .......... 312/257.1 |
| 3,642,337 A | * | 2/1972 | Manheim .................... 312/111 |
| D225,922 S | * | 1/1973 | Rosenberg .................. D6/671 |
| D241,293 S | * | 9/1976 | Introini ...................... D6/671.1 |
| 4,155,611 A | | 5/1979 | Brekke et al. |
| D254,883 S | * | 5/1980 | Jorda-Segui ................ D6/671 |
| D278,957 S | * | 5/1985 | Flototto ..................... D6/671.1 |
| D286,714 S | * | 11/1986 | Verholt ...................... D6/671.1 |
| D287,080 S | * | 12/1986 | Densen ...................... D6/671.1 |
| D293,863 S | * | 1/1988 | Chester ...................... D6/671 |
| D296,166 S | * | 6/1988 | Hills ......................... D6/671.1 |
| D296,505 S | * | 7/1988 | Kaliski et al. ............. D6/671.1 |
| D365,224 S | * | 12/1995 | Pohlman .................... D6/671.1 |
| D373,221 S | | 8/1996 | Lai |
| 5,603,559 A | | 2/1997 | Yemini |
| D387,224 S | * | 12/1997 | Dunlap, Jr. ................ D6/671.1 |
| D396,578 S | * | 8/1998 | Zaidman .................... D6/671.1 |
| 5,829,767 A | * | 11/1998 | Grossman ................. 312/330.1 |
| D405,768 S | * | 2/1999 | O'Sullivan et al. ......... D6/671 |
| D438,047 S | * | 2/2001 | Chavez ...................... D6/671.1 |
| D440,426 S | * | 4/2001 | Morrow .................... D6/668.2 |
| D443,137 S | | 6/2001 | Lai |
| D443,439 S | * | 6/2001 | de Blois .................... D6/671.1 |
| D508,348 S | * | 8/2005 | Moon et al. ............... D6/671.1 |
| D514,846 S | * | 2/2006 | McDiarmid ................ D6/671.1 |
| D537,651 S | * | 3/2007 | Seo et al. .................. D6/671.1 |
| D546,582 S | * | 7/2007 | Moloney .................... D6/671 |
| D563,104 S | | 3/2008 | Wenck |
| D596,422 S | * | 7/2009 | Hoshino .................... D6/671.1 |
| 7,882,796 B2 | * | 2/2011 | Radow ....................... 206/503 |
| D643,216 S | | 8/2011 | Greiner |
| D665,596 S | * | 8/2012 | Shawcross et al. .......... D6/663 |
| D667,234 S | * | 9/2012 | Maroney et al. ............ D6/667 |
| 2010/0244644 A1 | * | 9/2010 | Slayton et al. ........... 312/330.1 |

* cited by examiner

EXHIBIT C
Page 31 of 42

**U.S. Patent**          Apr. 8, 2014          Sheet 1 of 11          US D702,062 S



# FIG. 1

EXHIBIT C
Page 32 of 42

**U.S. Patent**          Apr. 8, 2014          Sheet 2 of 11          US D702,062 S



FIG. 2



FIG. 3

EXHIBIT C
Page 33 of 42

**U.S. Patent**          Apr. 8, 2014          Sheet 3 of 11          US D702,062 S



FIG. 4

FIG. 5

EXHIBIT C
Page 34 of 42



FIG. 6



FIG. 7

EXHIBIT C
Page 35 of 42



FIG. 8



FIG. 9

EXHIBIT C
Page 36 of 42



FIG. 10



FIG. 11

EXHIBIT C
Page 37 of 42

**U.S. Patent**          Apr. 8, 2014          Sheet 7 of 11          US D702,062 S



FIG. 12



FIG. 13

EXHIBIT C
Page 38 of 42

U.S. Patent          Apr. 8, 2014          Sheet 8 of 11          US D702,062 S



FIG. 14



FIG. 15

EXHIBIT C
Page 39 of 42

U.S. Patent          Apr. 8, 2014          Sheet 9 of 11          US D702,062 S



FIG. 16



FIG. 17

EXHIBIT C
Page 40 of 42



FIG. 18



FIG. 19

EXHIBIT C
Page 41 of 42

**U.S. Patent**     Apr. 8, 2014     Sheet 11 of 11     US D702,062 S



**FIG. 20**

**FIG. 21**

EXHIBIT C
Page 42 of 42