Mei Tsang, Esq. (SBN 237959)
Fish & Tsang, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614
(949) 943-8300
mtsang@fishiplaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERRIEBLOSSOM COMPANY, LLC, a California Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>COSMOCUBE, also known as MYCOSMOCUBE, a business entity of unknown type, and DOES 1 through 10, Inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV14-01064 AG (DFMx)<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

November 7, 2014
_____
*Date*

/s/ Mei Tsang
_____
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*